LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET F. HAUGHIOUT,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO. C 06 1482 MEJ<br><br>Before the Honorable MARIA-ELENA JAMES<br><br>[PROPOSED] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  June 29, 2006<br>Conference Time:  10:00 AM<br>Location:  Courtroom B, 15TH Floor<br>             SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 29, 2006 Case Management Conference ("CMC") to October 26, 2006, at 10:00 a.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 19, 2006

_____
Honorable [signature: Judge Maria-Elena James]
United States [Magistrate Judge]

IT IS SO ORDERED
Judge Maria-Elena James

- 3 -                [PROPOSED] ORDER