**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ELI LILLY & CO.                    )
                                         )
                                         )
                                         )    <u>ORDER OF STAY</u>
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
_____  )

   All actions before the Honorable Samuel Conti which have Eli Lilly & Co. as a named defendant are hereby STAYED pending notification by the MDL Panel regarding transfer of these actions.

   IT IS SO ORDERED.

   Dated: June 13, 2006

                              _____
                              UNITED STATES DISTRICT JUDGE