# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5|18|06
★ MAY 19 ...9
BROOKLYN OFFICE

Re:  MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:        Judge Jack B. Weinstein
       Transferor Judges:      (See Attached List of Judges)
       Transferor Clerk:        Richard W. Wieking

JPML Form 36

**A CERTIFIED TRUE COPY**

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01482-SC   Document 12   Filed 08/28/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

<u>DIST, DIV. C.A. #</u>          <u>CASE CAPTION</u>

CALIFORNIA NORTHERN
CAN 3  05-4829    Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830    Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832    Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833    James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892    Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895    Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902    Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908    Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009    Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011    Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013    Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029    Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032    Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033    Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074    Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077    Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078    Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093    David Strawn v. Eli Lilly & Co.
CAN 3  05-5094    Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096    Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149    Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150    Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152    Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153    Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266    Duane Long v. Eli Lilly & Co.
CAN 3  05-5267    Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268    Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269    Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31     Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35     Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40     Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41     Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248    Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252    Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253    Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894    Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895    Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896    Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897    Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898    Celita Finney v. Eli Lilly & Co.
CAN 3  06-899    Duane Windom v. Eli Lilly & Co.
CAN 3  06-900    Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901    Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903    Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904    Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905    Della Collins v. Eli Lilly & Co.
CAN 3  06-952    Constance Heg v. Eli Lilly & Co.
CAN 3  06-955    Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956    Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957    Linda Wright v. Eli Lilly & Co.
CAN 3  06-958    Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959 ⊆⊥          Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960 ⊃⊃⌒⌀        Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961 ⌐⌐⊣⌐        Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962 ⌐⌐⊃⊃        Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965 ⌐⌐⊃⊃        Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966 ⌐⌐⌐ ⊂       Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967 ⌐⌐⊃⊃        Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968 ⊆⊂          Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969 ⌐⌐⊣⌐⌐      Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970 ⌐⊃⊢⊢        Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972 ⌐⊃⊢⊢        Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976 ⊤⌐⊣⊢        Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979 ⊆⊂          Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981 ⌐⌐⌐⊂        Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983 ⊆⊂          Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984 ⌐⌐⊣⌐⌐       Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987 ⌐⊃⊢⊢        Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989 ⌐⌐⌐ ⊂       Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990 ⌐⊃⊃         Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991 ⌐⊃⊃         Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994 ⌐⊣⊢⌐        Jason Evans v. Eli Lilly & Co.
CAN 3  06-995 ⊤⌐⊣⊢        Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996 ⌐⊃⊢⊢        Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997 ⌐⌐⌐⊂        Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998 ⊆⊂          Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999 ⊆⊥          Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001 ⌐⌐⊣⌐⌐      Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003 ⌐⊃⊃        Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004 ⌐⌐⌐ ⊂      Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005 ⌐⌐⌐ ⊂      Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006 ⊆⊂         Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007 ⌐⌐⌐⊂       Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008 ⊃⊃⌀        Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009 ⊃⊆⌀        Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010 ⌐⊃⊢⊢       Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011 ⌐⌐⌐⊂       Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013 ⊆⊂         Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023 ⊃⊆⌀        Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024 ⌐⊣⌐⌐       Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025 ⊤⌐⊣⊢       Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026 ⌐⌐⌐⊂       Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027 ⌐⌐⌐⊂       Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028 ⌐⊃⊢⊢       Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029 ⌐⊃⊃        Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031 ⌐⊣⊢⌐       Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033 ⌐⊣⊢⌐       Craig Green v. Eli Lilly & Co.
CAN 3  06-1034 ⊃⊆⌀        Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035 ⊆⊂         Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036 ⌐⌐⌐⊂       Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037 ⊃⌐         Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039 ⌐⊃⊃        John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040 ⌐⊣⊢⌐       John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041 ⌐⊃⊃        Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042 ⌐⊃⊃        Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043 ⌐⊣⊢⌐       Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044 ⌐⊃⊢⊢       Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045 ⊆⊂         John Sgarlata, et al. v. Eli Lilly & Co.
~~CAN 3  06-1046~~        ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-1049~~        ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~  ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                     PAGE 4 of 9

CAN 3  06-1160 ᴜᵗᵗᴬ        Yash Kapur v. Eli Lilly & Co. ᴜᵗᵗᴬ
CAN 3  06-1161 ᴹᴴᵗᵖ        Doreen Bell v. Eli Lilly & Co. ᴹᴴᵗᵖ
CAN 3  06-1162 ᴊᔑᴜ         William O'brien v. Eli Lilly & Co.
CAN 3  06-1163 ᴹᴹᶜ         Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164 ᔑᶜ          Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168 ᴹᴴᵗᵖ        Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170 ᴾᴊᴴ         Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171 ᴹᴹᶜ         Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172 ᔑᴵ          Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174 ᴾᴊᴴ         David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175 ᔑᶜ          Virginia Craig v. Eli Lilly & Co.
CAN 3  06-1178             ~~Sandra Mcclarry, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179 ᴊᴵᵂ         Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180 ᶜᴜ          Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182 ᔑᶜ          Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184 ᴊᔑᴜ         Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185 ᴹᴊᔑ         Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186 ᵀᴇᵗ         Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187 ᔑᶜ          Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188 ᴾᴊᴴ         Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190 ᔑᴮᴬ         Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194 ᵀᴇᵗ         Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195 ᴹᴊᔑ         Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198 ᴹᴊᔑ         Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199 ᵀᴇᵗ         Kathy Martin v. Eli Lilly & Co.
CAN 3  06-1200             ~~Gould Mcclarry v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201 ᔑᴵ          Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202 ᔑᴮᴬ         Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204 ᴹᴊᔑ         Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206 ᴹᴴᵗ         Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207 ᴹᴴᵗᵖ        Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209 ᵀᴇᵗ         Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230 ᴹᴹᶜ         John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231 ᴾᴊᴴ         Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232 ᴊᔑᴜ         Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233 ᴾᴊᴴ         Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235 ᴹᴊᔑ         Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236 ᴾᴊᴴ         Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237 ᴹᴊᔑ         Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239 ᴹᴹᶜ         Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240 ᵀᴇᵗ         Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241 ᴹᴴᵗᵖ        Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242 ᴜᵗᵗᴬ        Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244 ᴇᴅᴸ         Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245 ᴹᴊᔑ         Cox v. Eli Lilly & Co.
CAN 3  06-1246 ᴜᵗᵗᴬ        Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263 ᴜᵗᵗᴬ        William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267 ᔑᶜ          Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269 ᔑᴵ          Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270 ᴹᴹᶜ         Rivers v. Eli Lilly & Co.
CAN 3  06-1273 ᴜᵗᵗᴬ        Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274 ᴊᔑᴜ         Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281 ᴊᔑᴜ         Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282 ᔑᶜ          Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293 ᔑᴰ          Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294 ᴊᔑᴜ         Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297 ᵀᴇᵗ         Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299 ᔑᶜ          Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3  06-1308             ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310  Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312  Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313~~  ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320  Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327  Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328  Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330  Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333  Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334  Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339  Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340  Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343  Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344  Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354  Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356  Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373  Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374  Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376~~  ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379  Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382  Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387~~  ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388  Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389  Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392  Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393  Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396  Charlene West v. Eli Lilly & Co.
CAN 3  06-1397  Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398  Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400  Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401  Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404  Robert Young v. Eli Lilly & Co.
CAN 3  06-1405  Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406  Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432  Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433  Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435  David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437  Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439  Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442  Barrett v. Eli Lilly & Co.
CAN 3  06-1443  Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457  Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458  Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460  Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462  Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465  Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466  James Cutter v. Eli Lilly & Co.
CAN 3  06-1467  Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468  Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469  Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472  Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473  Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476  Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477  Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479  Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480  Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481  Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482  Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484  Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486  Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 6 of 9

CAN 3  06-1487  Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~  ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533  Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~  ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537  Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  David Bell v. Eli Lilly & Co.
CAN 3  06-1563  Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~  ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627  Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 *SC*          Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 *JSW*         Carol S. Buvoltz v. Eli Lilly & Co.
~~CAN 3  06-1708~~           ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 *SI*          Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 *WHA*         Beverly Sikora, et al. v. Eli Lilly & Co.
~~CAN 3  06-1757~~           ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 *SC*          Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 *MHT*         Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 *SI*          Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 *MJJ*         Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 *MJJ*         Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 *SC*          Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 *WHA*         Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 *PJH*         Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 *MJJ*         Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 *PJH*         Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 *MJJ*         Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 *SI*          Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 *JSW*         Jorenda Bolden v. Eli Lilly & Co.
~~CAN 3  06-2038~~           ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-2188~~           ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 *WHA*         Johnnena Washington v. Eli Lilly & Co.
~~CAN 3  06-2385~~           ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
~~CAN 3  06-2386~~           ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 *MHT*         Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 *MJJ*         Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 *JSW*         Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 *JSW*         David Engstrom, et al. v. Eli Lilly & Co., et al.
~~CAN 3  06-2489~~           ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 *MJJ*         Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831              Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894              Tonya Alexander v. Eli Lilly & Co.
~~CAN 4  05-5097~~           ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 4  05-5098~~           ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099              Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148              Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151              Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291              Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292              Denine Cook v. Eli Lilly & Co.
CAN 4  06-8                 Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39                Viola Ward v. Eli Lilly & Co.
CAN 4  06-250               David Sensenig v. Eli Lilly & Co.
CAN 4  06-893               George Carmack v. Eli Lilly & Co.
CAN 4  06-906               Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954               Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973               Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974               Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977               Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980               Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985               Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988               Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993               Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022              Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030              John Luthy v. Eli Lilly & Co.
CAN 4  06-1032              James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038              Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048              Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055              Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059              Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 8 of 9

| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                              PAGE 9 of 9

| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton *
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102